# Third District Court of Appeal

## State of Florida

Opinion filed October 3, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-904
Lower Tribunal No. 16-2693

_____

**W.T., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Carlos J. Martinez, Public Defender, and Natasha Baker-Bradley, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Kayla H. McNab, Assistant Attorney General, for appellee.

Before ROTHENBERG, C.J., and SALTER and LOGUE, JJ.

PER CURIAM.

The officer had reasonable suspicion to stop Appellant and the other two juveniles given the be-on-the-look-out transmission, the juveniles' geographic and temporal proximity to the armed robbery, the match between the suspects' reported descriptions and the juveniles' appearances, and the juveniles' behavior when approached; and, once the firearm was discovered, the officer had probable cause to arrest. Therefore, the officer was engaged in the execution of a legal duty when Appellant knocked him to the ground in an apparent attempt to escape. W.T.'s convictions are affirmed. See §§ 776.051, 784.07, 843.01, Fla. Stat.; Sosnowski v. State, 245 So. 3d 885 (Fla. 1st DCA 2018); State v. Roy, 944 So. 2d 403 (Fla. 3d DCA 2006).

Affirmed.